IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02106-WJM-MJW

JERALD A. BOVINO,

Plaintiff(s),

v.

INCASE DESIGNS CORP.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that defendant's Unopposed Motion to Continue Scheduling Conference (Docket No. 11) is GRANTED.  The Scheduling Conference set for October 21, 2013 at 10:30 a.m. is VACATED.  The Scheduling Conference is RESET for November 22, 2013 at 1:30 p.m.

    It is FURTHER ORDERED that defendant's Motion to Appear Telephonically at the Scheduling Conference (Docket No. 12) is DENIED AS MOOT.

Date: October 17, 2013