Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JERALD A. BOVINO,
          Plaintiff(s),

v.

INCASE DESIGNS CORP.,
          Defendant(s).

Case No: 14-cv-02105-VC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Mr. Ronnie Fischer, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Jerald A. Bovino in the above-entitled action. My local co-counsel in this case is Marcy Railsback, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1777 S. Harrison Street, Penthoue - Suite 1500<br>Denver, CO  80210 | 9720 Wilshire Boulevard, Suite 200<br>Beverly Hills, CA  90212 |
| MY TELEPHONE # OF RECORD:<br>(303) 756-2500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 276-4000 |
| MY EMAIL ADDRESS OF RECORD:<br>Ronnie@fischeresq.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Marcy@bovinorailsback.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/16/14

                                      Mr. Ronnie Fischer
                                      APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Mr. Ronnie Fischer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 10, 2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Supreme Court
# State of Colorado

STATE OF COLORADO, ss:

I, **Christopher T. Ryan**  Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**RONNIE FISCHER**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **20th** day of **November** A. D. **2003** and that at the date hereof the said **RONNIE FISCHER** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **10th** day of **March** A. D. **2014**

**Christopher T. Ryan**
Clerk

By _Carla Trujillo_
Deputy Clerk