1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ronnie Fischer *Pro Hac Vice*
Marcy Railsback
9720 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone:   (310) 276-4000
Ronnie@fischeresq.com
Marcy@bovinorailsback.com

Attorneys for Plaintiff JERALD A. BOVINO

Brian E. Mitchell (SBN 190095)
Marcel F. De Armas (SBN 289282)
Mitchell + Company
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:     (415) 766-3515
Facsimile:      (415) 402-0058
Email:      brian.mitchell@mcolawoffices.com
              mdearmas@mcolawoffices.com

Attorneys for Defendant INCASE DESIGNS, CORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

JERALD A. BOVINO,

                      Plaintiff,

     vs.

INCASE DESIGNS, CORP,

                  Defendant.

Case No.: 3:14-cv-02105-VC

**STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS**

## **STIPULATION**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1.      The parties agree to participate in the following ADR process:  Mediation, with a mediator appointed from the Court's ADR panel (ADR L.R. 6); and

2.   The parties agree to hold the ADR session by: November 10, 2014.

Dated:  July 15, 2014

By: */s/ Ronnie Fischer*_____
         Ronnie Fischer

Attorney for Plaintiff Jerald A. Bovino


Mitchell + Company

Dated:  July 15, 2014

By: */s/ Brian E. Mitchell*_____
         Brian E. Mitchell

Attorney for Defendant Incase Designs, Corp.

1

**[PROPOSED] ORDER**

2          The parties' stipulation is adopted and IT IS SO ORDERED.

3     Dated:  ___July___  _17_, 2014

4                                                    _____
                                                    Vince Chhabria
5                                                    UNITED STATES

IT IS SO ORDERED

Judge Vince Chhabria

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADR STIPULATION