UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERALD A. BOVINO,
      Plaintiff,

v.

INCASE DESIGNS CORP,
      Defendant.

Case No. 14-cv-02105-VC

**ORDER GRANTING ADDITIONAL BRIEFING**

In anticipation of the hearing on Incase's motion to dismiss, each side is invited to submit a letter, not to exceed one page, by 1 p.m. on August 27, 2014, identifying additional authority on whether pre-suit knowledge of a patent is required for claims of indirect and willful infringement. The briefs previously filed by the parties focus on federal decisional law in Colorado. The letters to be filed on August 27 should identify any persuasive authority, including but not limited to persuasive authority from the Northern District of California. The letters need not include argument; it is sufficient that they identify the authority and the proposition for which it stands.

**IT IS SO ORDERED.**

Dated: August 25, 2014

_____
VINCE CHHABRIA
United States District Judge