Ronnie Fischer *Pro Hac Vice*
Marcy Railsback
9720 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone:  (310) 276-4000
Ronnie@fischeresq.com
Marcy@bovinorailsback.com

Attorneys for Plaintiff JERALD A. BOVINO

Brian E. Mitchell (SBN 190095)
Marcel F. De Armas (SBN 289282)
Mitchell + Company
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:      (415) 766-3515
Facsimile:      (415) 402-0058
Email:      brian.mitchell@mcolawoffices.com
                mdearmas@mcolawoffices.com

Attorneys for Defendant INCASE DESIGNS, CORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| JERALD A. BOVINO,<br><br>                    Plaintiff,<br><br>          vs.<br><br>INCASE DESIGNS, CORP,<br><br>                    Defendant. | Case No.: 3:14-cv-02105-VC<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO DISMISS** |

## STIPULATION

**WHEREAS** currently pending before the court is a Motion to Dismiss Plaintiff's Claims of Indirect and Willful Infringement in the First Amended Complaint that has been filed by Defendant Incase Designs Corp ("Incase");

**WHEREAS** Plaintiff Jerald A. Bovino ("Bovino") has recently offered to amend his First Amended Complaint;

**WHEREAS** the parties desire to narrow the issues in dispute, and eliminate the need for the court to rule on a motion to dismiss a complaint that the Bovino has agreed to amend;

**NOW, THEREFORE**, in consideration of the agreements set forth below, the parties hereby stipulate as follows:

1.      The parties agree, pursuant to F.R.C.P. 15a)(2), that Bovino may amend his pleading and file a Second Amended Complaint no later than September 30, 2014;

2.      The Second Amended Complaint will not contain any of the following:

      a.      A claim of liability for direct infringement;

      b.      A claim of liability for willful Infringement;

      c.      A request for an injunction;

      d.      A claim of liability for indirect infringement prior to the filing of suit; and

      e.      A request for damages for any activity occurring prior to the filing of suit.

3.      The Second Amended Complaint will be limited to asserting indirect liability based on post-suit conduct alone.  This is not an admission that Incase believes any post-suit conduct exists that supports an indirect liability claim.

4.      In light of the above, Incase agrees to withdraw its pending Motion to Dismiss Plaintiff's Claims of Indirect and Willful Infringement in the First Amended Complaint, and the parties jointly request that the court take the motion to dismiss hearing off calendar. Incase reserves the right to move to dismiss again pursuant to FRCP 12(b)(6) if it believes that the Second Amended Complaint still fails to give fair notice of the plaintiff's claim and the grounds upon which it rests, or to state a claim for relief that follows plausibly from the facts alleged.

5.      Lastly, Bovino agrees that he will provide Incase with a copy of the defendant's Invalidity Contentions and supporting prior art that will be served in the *Jerald. A. Bovino v. Levenger Company* case, within seven business day of receipt.

Dated:  August 27, 2014

By: */s/ Ronnie Fischer*
        Ronnie Fischer

Attorney for Plaintiff Jerald A. Bovino

Dated:  August 27, 2014

Mitchell + Company

By: */s/ Brian E. Mitchell*
        Brian E. Mitchell

Attorney for Defendant Incase Designs, Corp.

1

~~[PROPOSED]~~ **ORDER** AS MODIFIED: a case management conference
is scheduled for October 7, 2014, at 10:00 a.m.

Pursuant to stipulation, IT IS SO ORDERED.        A joint cmc statement is due September 30, 2014.

2

3

Dated: __August 27_____ __, 2014

4

5                                    Vince Chhabria
                                     UNITED STATES DISTRICT JUDGE

6                                    

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Marcel F. De Armas, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Ronnie Fischer has concurred in this filing.

Dated: August 27, 2014           By:/s/ Marcel F. De Armas
                                    Marcel F. De Armas