| | |
|---|---|
| Ronnie Fischer *Pro Hac Vice* | Brian E. Mitchell (SBN 190095) |
| Marcy Railsback | Marcel F. De Armas (SBN 289282) |
| 9720 Wilshire Boulevard, Suite 200 | Mitchell + Company |
| Beverly Hills, CA 90212 | 4 Embarcadero Center, Suite 1400 |
| Telephone: (310) 276-4000 | San Francisco, California 94111 |
| Ronnie@fischeresq.com | Tel: 415-766-3514 |
| Marcy@bovinorailsback.com | Fax: 415-402-0058 |
| | brian.mitchell@mcolawoffices.com |
| Attorneys for Plaintiff JERALD A. BOVINO | mdearmas@mcolawoffices.com |
| | |
| | Attorneys for Defendant |
| | INCASE DESIGNS, CORP |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD A. BOVINO, | Case No.: 3:14-cv-02105-VC |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO EXTEND THE DEADLINE FOR MEDIATION** |
| INCASE DESIGNS, CORP, | AND ORDER |
| Defendant. | |

Pursuant to ADR L.R. 6-5(a) and Civil L.R. 6-2 and 7-1(a)(2), Plaintiff Jerald A. Bovino ("Plaintiff") and Defendant Incase Designs, Corp ("Defendant") hereby jointly request that the Court extend the mediation deadline from November 11, 2014 to 60 days after the Court issues its Claim Construction Order. In support of this request, the parties state the following:

1. This Court has not entered a Scheduling Order in this case. A Case Management Conference is scheduled for October 7, 2014. (Dkt. No. 81.)

2. The Court has appointed Shirish Gupta as the mediator for this case, and a mediation deadline has been set for November 11, 2014. The parties' counsel and Mr. Gupta conducted a pre-mediation telephone conference, pursuant to ADR L.R. 6-6. However, the mediation is not yet scheduled.

3. Incase believes that the prospects for settlement will be dictated by this Court's claim construction ruling, that settlement prior to claim construction is unlikely, and as such mediating before claim construction would not be a good use of the parties' time or ADR resources. As such, Incase has proposed that the parties mediate 60 days after the Court issues its Claim Construction Order.

4. Accordingly, the parties jointly request that the Court extend the mediation deadline from November 11, 2014 to 60 days after the Court issues its Claim Construction Order. The parties further request that the Court maintain the present Case Management Conference date on October 7, 2014.

5. Pursuant to ADR L.R. 6-5(a), this Stipulation is being served on Mr. Gupta. Mr. Gupta has indicated that he will apprise the ADR Unit regarding this Stipulation.

Dated: September 10, 2014                    Respectfully submitted,

                                             */s/ Marcel F. De Armas*
                                             Marcel F. De Armas

                                             Brian E. Mitchell
                                             Marcel F. De Armas
                                             MITCHELL + COMPANY
                                             4 Embarcadero Center, Suite 1400

San Francisco, CA 94111
Telephone:     (415) 766-3515
Facsimile:     (415) 402-0058
brian.mitchell@mcolawoffices.com
mdearmas@mcolawoffices.com

Attorney for Defendant
INCASE DESIGNS, CORP

BY: */S/ RONNIE FISCHER*
Ronnie Fischer

Attorney for Plaintiff JERALD A. BOVINO

PURSUANT TO STIPULATION, IT IS SO ORDERED

September 12, 2014
Date

Honorable Vince Chhabria

**ATTESTATION**

I, Marcel F. De Armas, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Ronnie Fischer has concurred in this filing.

Dated: September 10, 2014          By:/s/ *Marcel F. De Armas*
                                          Marcel F. De Armas