| | |
|---|---|
| Ronnie Fischer *Pro Hac Vice* | Brian E. Mitchell (SBN 190095) |
| Marcy Railsback | Marcel F. De Armas (SBN 289282) |
| 9720 Wilshire Boulevard, Suite 200 | Mitchell + Company |
| Beverly Hills, CA 90212 | 4 Embarcadero Center, Suite 1400 |
| Telephone: (310) 276-4000 | San Francisco, CA 94111 |
| Ronnie@fischeresq.com | Telephone: (415) 766-3515 |
| Marcy@bovinorailsback.com | Facsimile: (415) 402-0058 |
| | Email: brian.mitchell@mcolawoffices.com |
| Attorneys for Plaintiff JERALD A. BOVINO | mdearmas@mcolawoffices.com |
| | Attorneys for Defendant INCASE DESIGNS, CORP |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| JERALD A. BOVINO,<br><br>        Plaintiff,<br><br>  vs.<br><br>INCASE DESIGNS, CORP,<br><br>        Defendant. | Case No.: 3:14-cv-02105-VC<br><br>JOINT SCHEDULE & [PROPOSED] ORDER<br>AS MODIFIED |
| INCASE DESIGNS, CORP,<br><br>        Counterclaimant,<br><br>  vs.<br><br>JERALD A. BOVINO,<br><br>        Counter-defendant. | |

Pursuant to the Court's Order at the Case Management Conference held on October 7, 2014 ("CMC") the parties submit this proposed schedule as agreed to during the CMC:

| Event | Date |
|---|---|
| Initial Case Management Conference | October 7, 2014 |
| Last Day for the Parties so File Condensed Litigation Schedule | October 17, 2014 |
| Plaintiff's Disclosure of Asserted Claims & Infringement Contentions & accompanying document production [Patent L.R. 3-1 & 3-2] | October 24, 2014 |
| Defendant's Invalidity Contentions & accompanying document production [Patent L.R. 3-3 & 3-4] | December 8, 2014 |
| Parties to exchange Proposed Terms & Claim Elements for Construction [Patent L.R. 4-1(a)] | December 22, 2014 |
| Parties to exchange Preliminary Claim Constructions [Patent L.R. 4-2(a)] | January 12, 2015 |
| Parties to file Joint Claim Construction & Prehearing Statement [Patent L.R. 4-3] | February 6, 2015 |
| Claim Construction Discovery Cutoff [Patent L.R. 4-4] | March 9, 2015 |
| Plaintiff to file Opening Summary Judgment and Claim Construction Brief | March 23, 2015 |
| Defendant to file Responsive Summary Judgment and Claim Construction Brief, and Cross Motion for Summary Judgment. | April 6, 2015 |
| Plaintiff to file Reply in Support of Motion for Summary Judgment and Claim Construction, and Opposition to Cross-Summary Judgment Motion | April 20, 2015 |
| Defendant to file Reply in Support of Cross-Motion for Summary Judgment | May 4, 2015 |
| Technology Tutorial | ~~To be set by the Court~~ June 17, 2015- 10:00 a.m. |
| Claim Construction and Summary Judgment Hearing | ~~To be set by the Court~~ June 24, 2015- 10:00 a.m. |
| Last day to disclose advice of counsel [Patent L.R. 3-7] | 50 days after *Markman* ruling |
| Complete fact discovery | June 03, 2015 |
| Initial Expert Disclosure by Burden of Proof | June 24, 2015 |
| Rebuttal Expert Disclosure by Burden of Proof | July 8, 2015 (14 days after Initial Expert Disclosure) |
| Reply Expert Disclosure | July 15, 2015 (7 days after Rebuttal Expert Disclosure) |
| Complete expert discovery | July 29, 2015 (14 days after Reply Expert Disclosure) |
| Pretrial conference  October 27, 2015- 1:30 p.m. | ~~Subject to the Court's convenience, approx. last week of October 2016 (7 days before trial)~~ |
| Trial  November 9, 2015- 1:30 p.m. | ~~Subject to the Court's convenience, approx. last week of October or in November.~~ |

| | |
|---|---|
| Dated: October 16, 2014 | |
| | By: */s/ Ronnie Fischer*_____ |
| |       Ronnie Fischer |
| | Attorney for Plaintiff Jerald A. Bovino |
| | |
| | Mitchell + Company |
| Dated: October 16, 2014 | |
| | By: */s/ Brian E. Mitchell*_____ |
| |       Brian E. Mitchell |
| | Attorney for Defendant Incase Designs, Corp |

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 23 __, 2014

_____
Vince Ch...
UNITED...

*IT IS SO ORDERED AS MODIFIED*

*Judge Vince Chhabria*

## ATTESTATION

I, Marcel F. De Armas, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Ronnie Fischer has concurred in this filing.

Dated: October 16, 2014         By:/s/ *Marcel F. De Armas*
                                        Marcel F. De Armas