Ronnie Fischer *Pro Hac Vice*
Marcy Railsback
9720 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone: (310) 276-4000
Ronnie@fischeresq.com
Marcy@bovinorailsback.com

Attorneys for Plaintiff JERALD A. BOVINO

Brian E. Mitchell (SBN 190095)
Marcel F. De Armas (SBN 289282)
Mitchell + Company
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:    (415) 766-3515
Facsimile:    (415) 402-0058
Email:    brian.mitchell@mcolawoffices.com
           mdearmas@mcolawoffices.com

Attorneys for Defendant INCASE DESIGNS, CORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| JERALD A. BOVINO,<br><br>              Plaintiff,<br><br>vs.<br><br>INCASE DESIGNS, CORP,<br><br>              Defendant.<br><br>INCASE DESIGNS, CORP,<br><br>              Counterclaimant,<br><br>vs.<br><br>JERALD A. BOVINO,<br><br>              Counter-defendant. | Case No.: 3:14-cv-02105-VC<br><br>STIPULATED REQUEST FOR LEAVE TO FILE EARLY MOTION FOR SUMMARY JUDGMENT |

Pursuant to Civil L.R. 7-12 and the Court's recommendation at the Case Management Conference held on October 7, 2014, Plaintiff Jerald A. Bovino ("Plaintiff") and Defendant Incase Designs, Corp ("Defendant") hereby jointly request that the Court to allow Defendant to file an early Motion for Summary Judgment on Defendant's defenses to liability and damages based Plaintiff's Settlement and License Agreement with Apple, Inc. and Target Corporation (the "License Agreement"). In support of this request, the parties state the following:

1. Defendant believes that the terms of the License Agreement provides a license, covenant not to sue, and release that covers Incase and its products.

2. At the CMC, Plaintiff's counsel agreed that if the License Agreement covers the accused products there is no infringement and no damages.

3. The Motion for Summary Judgment can be decided on the papers, as it is purely a matter of contract interpretation.

4. Accordingly, the parties jointly request that the Court allow Defendant to file an early Motion no later than January 15, 2015.

Dated: October 29, 2014

By: /s/ Ronnie Fischer
      Ronnie Fischer

Attorney for Plaintiff Jerald A. Bovino


Dated: October 29, 2014

Mitchell + Company

By: /s/ Brian E. Mitchell
      Brian E. Mitchell

Attorney for Defendant Incase Designs, Corp.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____ \_\_, 2014

                                             Vince Chhabria
                                             UNITED STATES DISTRICT JUDGE

**ATTESTATION**

I, Marcel F. De Armas, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Ronnie Fischer has concurred in this filing.

Dated: October 29, 2014          By:/s/ *Marcel F. De Armas*
                                      Marcel F. De Armas