UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD A. BOVINO,<br><br>    Plaintiff,<br><br>    v.<br><br>INCASE DESIGNS CORP,<br><br>    Defendant. | Case No.  14-cv-02105-VC<br><br>**ORDER DENYING PLAINTIFF'S NOTICE AND REQUEST**<br><br>Re: Dkt. No. 98 |

Bovino's notice of conferral and request to file a late response is denied because of failure to comply with the Local Rules.

**IT IS SO ORDERED**.

Dated: January 14, 2015

_____

VINCE CHHABRIA
United States District Judge