UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD A. BOVINO,<br><br>    Plaintiff,<br><br>    v.<br><br>INCASE DESIGNS CORP,<br><br>    Defendant. | Case No.  14-cv-02105-VC<br><br>**ORDER RE: BOVINO'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 103 |

    Bovino must file his opposition to Incase's motion to strike, or, in the alternative, motion to compel infringement contentions, by January 27, 2015. Any reply is now due February 3, 2015, and the hearing on the motion is now February 19, 2015, at 10 a.m.

    Bovino not only failed to meet the Court's January 12 deadline for filing his opposition, but he also missed his own requested deadline of January 19, as he did not file a copy of his opposition until January 23. Bovino is on notice that if he misses any further deadlines he will be sanctioned.

    **IT IS SO ORDERED**.

Dated: January 27, 2015

_____
VINCE CHHABRIA
United States District Judge