**Fischer Law Firm, P.C.**
Ronnie Fischer (*Pro Hac Vice*)
Ralph ("Rick") Martin (*Pro Hac Vice*)
Marcy Railsback
9720 Wilshire Boulevard, Suite 200
Beverly Hills, CA 90212
Telephone: (301) 276-4000
Email: Ronnie@FischerEsq.com
   RMartin@PatentColorado.com
   Marcy@BovinoRailsback.com

*Attorneys for Plaintiff Jerald A. Bovino*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD A. BOVINO, | ) Case No. 3:14-cv-02105-VC |
| | ) |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER** |
| v. | ) **GRANTING PLAINTIFF** |
| | ) **BOVINO'S** |
| INCASE DESIGNS, CORP. | ) **ADMINISTRATIVE MOTION** |
| | ) **TO SEAL PORTIONS OF ITS** |
| Defendant. | ) **OPPOSITION TO MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |
| | ) **PURSUANT TO CIVIL L.R. 7-** |
| | ) **11 AND 79-5** |
| | ) |
| | ) |
| | ) |

## [~~PROPOSED~~] ORDER

Upon the Administrative Motion of Plaintiff Bovino, by and through its counsel, for entry of an Order authorizing Bovino to file under seal an unredacted copy of its Memorandum of Points and Authorities in Opposition to Defendant Incase's Motion for Summary Judgment, and to file under seal portions of documents in support thereof, and it appearing that the relief is warranted, it is hereby ORDERED THAT:

1. Plaintiff Bovino's Administrative Motion is granted.

2. The following documents, and portions of documents shall remain under electronic seal until further order of the Court:

| **Document** | **Portion or Entire** |
|---|---|
| Memorandum of Points and Authorities in Opposition to Defendant Incase's Motion for Summary Judgment | Portions, as identified in Exhibits 1 and 2 of the Declaration of Ronnie Fischer Supporting Bovino's Motion to Seal Portions of Its Opposition to Motion for Summary Judgment. |
| Exhibit 2 to the Memorandum of Points and Authorities in Opposition to Defendant Incase's Motion for Summary Judgment (the Apple/Target Settlement Agreement) | Entire document |
| Declaration of Plaintiff Bovino | Portions, as identified in Exhibits 3 and 4 of the Declaration of Ronnie Fischer Supporting Bovino's Motion to Seal Portions of Its Opposition to Motion for Summary Judgment. |

3. No individual or entity shall have access to these documents without further order of this Court.

IT IS SO ORDERED.

Dated this __2nd__ day of __February__, 2015.

 

_____
Judge Vince Chhabria
UNITED STATES DISTRICT JUDGE