| | |
|---|---|
| Ronnie Fischer *Pro Hac Vice* <br> Marcy Railsback <br> 9720 Wilshire Boulevard, Suite 200 <br> Beverly Hills, CA 90212 <br> Telephone:  (310) 276-4000 <br> Ronnie@fischeresq.com <br> Marcy@bovinorailsback.com <br><br> Attorneys for Plaintiff JERALD A. BOVINO | Brian E. Mitchell (SBN 190095) <br> Marcel F. De Armas (SBN 289282) <br> Mitchell + Company <br> 4 Embarcadero Center, Suite 1400 <br> San Francisco, CA 94111 <br> Telephone:     (415) 766-3515 <br> Facsimile:      (415) 402-0058 <br> Email:     brian.mitchell@mcolawoffices.com <br>                  mdearmas@mcolawoffices.com <br><br> Attorneys for Defendant INCASE DESIGNS, CORP |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| JERALD A. BOVINO, <br><br>             Plaintiff, <br><br>   vs. <br><br> INCASE DESIGNS, CORP, <br><br>             Defendant. | Case No.: 3:14-cv-02105-VC <br><br> **STIPULATION AND [PROPOSED] ORDER WITHDRAWING NOTICE OF FAILURE TO COMPLY WITH COURT ORDER AND OPPOSITION TO NOTICE** |

# STIPULATION

**WHEREAS** currently pending before the court is a Notice of Failure to Comply with Court Order (Dkt. No. 120) and Opposition to Notice of Failure to Comply (Dkt. No. 121);

**WHEREAS** the Parties on February 12, 2015, discovered issues with redactions on various documents;

**WHEREAS** the Parties desire to resolve the issue with redactions amicably;

**NOW, THEREFORE**, in consideration of the agreements set forth below, the parties hereby stipulate as follows:

1. The Parties agree to Pacer locking all docket entries that are designated redacted, while the Parties determine which documents need to be re-redacted;

2. The Parties will refile, where necessary, appropriately redacted documents;

3. In light of the above, Defendant agrees to withdraw its Notice of Failure to Comply with Court Order.  (Dkt. No. 120.)

4. Lastly, Jerald A. Bovino agrees to withdraw his Opposition to the Notice of Failure to Comply.  (Dkt. No. 121.)

Dated:  February 12, 2015

By: */s/ Ronnie Fischer*
      Ronnie Fischer

Attorney for Plaintiff Jerald A. Bovino

Dated:  February 12, 2015

Mitchell + Company

By: */s/ Marcel F. De Arms*
      Marcel F. De Armas

Attorney for Defendant Incase Designs, Corp.

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to stipulation, IT IS SO ORDERED. |
| 3 | |
| 4 | Dated:  February 17, 2015, ~~2014~~ |
| 5 | Vince Chhabria<br>UNITED STATES DISTRICT JUDGE |

## ATTESTATION

I, Marcel F. De Armas, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that Ronnie Fischer has concurred in this filing.

Dated: February 12, 2015          By:/s/ *Marcel F. De Armas*
                                      Marcel F. De Armas