MITCHELL + COMPANY
Brian E. Mitchell (SBN 190095)
Marcel F. De Armas (SBN 289282)
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Tel: 415-766-3514
Fax: 415-402-0058
brian.mitchell@mcolawoffices.com
mdearmas@mcolawoffices.com

Attorneys for Defendant
INCASE DESIGNS, CORP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD A. BOVINO,<br><br>              Plaintiff,<br>       v.<br><br>INCASE DESIGNS, CORP,<br><br>              Defendant. | Case No.: 3:14-cv-02105 VC<br><br>[~~PROPOSED~~] ORDER |
| INCASE DESIGNS, CORP,<br><br>              Counterclaimant,<br>       v.<br><br>JERALD A. BOVINO,<br><br>              Counter-defendant. | |

## [~~PROPOSED~~] ORDER

Upon the Administrative Motion of Incase Designs, Corp, by and through its counsel, for entry of an Order authorizing Incase to file under seal an unredacted copy of its Reply in Support of Its Motion to Strike Plaintiff Infringement Contentions, and it appearing that the relief is warranted, it is hereby ORDERED THAT:

1. Incase's Administrative Motion is granted.

2. Incase's Unredacted Reply in Support of Its Motion to Strike Plaintiff Infringement Contentions, filed on February 3, 2015, shall remain under electronic seal until further order of the Court.

3. No individual or entity shall have access to these documents without further order of this Court.

IT IS SO ORDERED.

Dated: February 23 __, 2015

_____
Vince Chhabria
UNITED STATES DISTRICT JUDGE