Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERALD A. BOVINO )
                 )  Case No: 3:14-cv-02105-V
        Plaintiff(s), )
                 )  **APPLICATION FOR**
   v.            )  **ADMISSION OF ATTORNEY**
                 )  **PRO HAC VICE**
INCASE DESIGNS CORP. )  (CIVIL LOCAL RULE 11-3)
                 )
        Defendant(s). )

I, Ms. Jennifer K. Fischer, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Jerald A. Bovino in the above-entitled action. My local co-counsel in this case is Perry R. Clark, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1777 S. Harrison Street, Penthouse - Suite 1500<br>Denver, Colorado 80201 | 825 San Antonio Road<br>Palo Alto, California  94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 756-2500 | (650) 248-5817 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Jennifer@fischeresq.com | Perry@perryclarklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36590.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  03/05/15                                     Ms. Jennifer K. Fischer
                                                           APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Ms. Jennifer K. Fischer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  March 11, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE