UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERALD A. BOVINO,

    Plaintiff,

    v.

INCASE DESIGNS CORP,

    Defendant.

14-cv-02105-VC

**JUDGMENT**

The Court, having granted summary judgment for the defendant, now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 27, 2015

_____
VINCE CHHABRIA
United States District Judge