UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD A. BOVINO,<br><br>    Plaintiff,<br><br>    v.<br><br>INCASE DESIGNS CORP,<br><br>    Defendant. | Case No. 14-cv-02105-VC<br><br>**ORDER GRANTING MOTION FOR EXTENSION**<br><br>Re: Dkt. No. 152 |

Bovino's motion for extension of time is granted. Bovino's opposition brief is due May 8, 2015, and any reply is due May 15, 2015.

**IT IS SO ORDERED.**

Dated: April 21, 2015

_____
VINCE CHHABRIA
United States District Judge