UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD A. BOVINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INCASE DESIGNS CORP,<br><br>　　　　Defendant. | Case No.  14-cv-02105-VC<br><br>**ORDER DENYING MOTION FOR ATTORNEYS FEES**<br><br>Re: Dkt. No. 146 |

　　　The motion for attorneys' fees is denied.  The meaning of the Apple settlement agreement is not so obvious as to warrant a conclusion that Bovino's position on it was unreasonable.  Nor was Bovino's litigation conduct particularly unreasonable.

　　　The hearing scheduled for May 21, 2015 is vacated.

**IT IS SO ORDERED.**

Dated: May 18, 2015

_____
VINCE CHHABRIA
United States District Judge