Ronnie Fischer (*Pro Hac Vice*)
Jennifer Kroell Fischer  (*Pro Hac Vice*)
Fischer Law Firm, P.C.
1777 S. Harrison Street
Penthouse - Suite 1500
Denver, CO 80210
Tel.: (303) 756-2500
Fax: (303) 756-2506
ronnie@fischeresq.com
Jennifer@fischeresq.com

Perry R. Clark
California Bar No. 197101
Law Offices of Perry R. Clark
825 San Antonio Road
Palo Alto, CA 94303
Tel:  (650) 248-5817
Fax:  (650) 618-8533
perry@perryclarklaw.com

*Attorneys for Plaintiff Bovino*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JERALD A. BOVINO, | Case No.  14-CV-02105-VC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| INCASE DESIGNS CORP., | |
| Defendants. | |

[Proposed] Order Plaintiff's Administrative Motion to Seal
Case No. 14-cv-02105

**[~~PROPOSED~~ ORDER]**

Upon the Administrative Motion of Plaintiff Jerald A. Bovino, by and through his counsel, for entry of an Order authorizing Plaintiff Bovino to file under seal an unredacted copy of his Opposition to Incase Designs Corp.'s Motion to Declare Case Exceptional and for an Award of Attorneys' Fees, Subject to Proof, and it appearing that the relief is warranted, it is hereby ORDERED THAT:

1. Plaintiff Bovino's Motion is granted.
2. Plaintiff Bovno's unredacted version of his Opposition to Incase Designs Corp.'s Motion to Declare Case Exceptional and for an Award of Attorneys' Fees, Subject to Proof, filed on May 8, 2015, shall remain under electronic seal until further order of the Court.
3. No individual or entity shall have access to this document without further order of this Court.

IT IS SO ORDERED.

Dated: __June 3__, 2015

_____
Vince Chhabria
United States District Judge

[Proposed] Order Plaintiff's Administrative Motion to Seal
Case No. 14-cv-02105